**FILED**

12/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0508

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0508

CITY OF MISSOULA,

      Plaintiff and Appellee,

v.

ANGELA DAWN BENNETT,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 29, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 28 2020